**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE PARKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCK CO INC., et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 07-2333 SI<br><br>**ORDER GRANTING DEFENDANT MERCK & COMPANY, INC.'S MOTION TO STAY PROCEEDINGS PENDING A DECISION ON TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

　　　　Various motions are scheduled for a hearing on June 29, 2007. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matters are appropriate for resolution without oral argument, and VACATES the hearing. For the reasons set forth below, the Court GRANTS defendant Merck's motion to stay all proceedings in this case pending a final decision on transfer by the Judicial Panel on Multidistrict Litigation. In the event Panel does not transfer this action, the Court will rule on plaintiff's motion for remand and the medical defendants' motion to dismiss.

**DISCUSSION**

　　　　This case is one of thousands involving Vioxx® currently pending in federal court. Plaintiff originally filed this case in the Superior Court for the County of Alameda against defendants Merck & Co. Inc., J.H. Guadagni, M.D., Visalia Medical Clinic Inc., and Does 1 - 20. The complaint seeks damages allegedly resulting from plaintiff's use of Vioxx, a drug manufactured by Merck. On April 30, 2007, Merck removed the action to this Court on the basis of diversity jurisdiction. The Notice of Removal asserts that defendants Guadagni and Visalia Medical Clinic were fraudulently joined.

　　　　On May 21, 2007, the Judicial Panel on Multidistrict Litigation issued a Conditional Transfer

Order conditionally transferring this case to the Vioxx MDL proceeding pending before Judge Fallon in the Eastern District of Louisiana, *In re VIOXX Prods. Liab. Litig.*, MDL No. 1657. *See* Thomas Decl. Ex. A. Plaintiff has filed a notice of opposition to the conditional transfer order, and that matter is currently being addressed by the Panel. Presently before this Court are defendant Merck's motion to stay the action pending its transfer to the MDL proceeding, plaintiff's motion for remand to state court, and a motion to dismiss filed by defendants Guadagni and Visalia Medical Clinic.

The Court's power to stay proceedings is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). The Court finds that a stay is in the interest of judicial economy and consistency because there are a number of cases presenting issues similar to this action already pending before Judge Fallon. Merck asserts, and plaintiff does not dispute, that many of the cases transferred to the Vioxx MDL proceeding were also removed from California state court on the basis of fraudulent joinder. *See* Thomas Reply Decl. ¶¶ 2-3. If the Panel's transfer ruling becomes effective, Judge Fallon can address these issues in a uniform manner. Plaintiff's one page opposition asserts that a stay is not warranted because this case is "at the beginning stages." However, this fact only weighs in favor of a stay if this case is ultimately transferred to the MDL proceeding.

For the foregoing reasons and good cause shown, the Court GRANTS Merck's motion to stay this action (Docket No. 16), and DEFERS ruling on plaintiff's motion for remand and the medical defendants' motion to dismiss. (Docket Nos. 2 and 22).

**IT IS SO ORDERED.**

Dated: June 26, 2007

SUSAN ILLSTON
United States District Judge

2